# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| BRIAN C. MARQUIS, | ) | |
| Plaintiff | ) | ORDER ON APPLICATION |
| | ) | TO PROCEED WITHOUT |
| v. | ) | PREPAYMENT OF FEES |
| | ) | |
| BERKSHIRE COMMUNITY COLLEGE, | ) | |
| et al., | ) | |
| Defendants | ) | Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒    GRANTED.

    ☒        The clerk is directed to file the complaint.

    ☒        IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

ENTERED on ____March 23,  2004_____.

 /s/ Kenneth P. Neiman_____
KENNETH P. NEIMAN
U.S. Magistrate Judge