IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**BRIAN C. MARQUIS,**

        Plaintiff

                                                 **Civil Action No.:**

v.

                                                 04-30059-MAP

**BERKSHIRE COMMUNITY COLLEGE,**
**et al.,**

        Defendants

---

## AMENDMENT TO PLAINTIFF'S COMPLAINT

BRIAN C. MARQUIS, Plaintiff, amends his complaint as of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to file the following amendment to his complaint heretofore filed in the above-entitled and numbered cause. Such proposed amendment is as follows:

A:     by striking out the citation **U.S. Const. amend XIV, § 2** wherever they may appear in the original complaint and inserting of the citation
**U.S. Const. amend XIV, § 1.**

The above amendment is sought on the grounds of an innocuous typographical error, during printing.

                                                                     RESPECTFULLY SUBMITTED

Dated: __31__ March 2004

By: _____
BRIAN C. MARQUIS
Registered Paralegal
Plaintiff in propia persona
6 Billings Street
Lanesborough, MA 01237-9750
Tele No.: 413.443.9675
Fax No.: 413.443.5513
E-mail: kmar918393@aol.com

2