UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30059-MAP

BRIAN C. MARQUIS, and all others )
adversely and similarly situated, )
 )
Plaintiff, )
 )
v. )
 )
BERKSHIRE COMMUNITY COLLEGE, )
BOARD OF TRUSTEES, individually )
and in their nine official capacities, )
BRYAN BLANCHARD, individually and )
his official capacity; and )
ANNE M. MOORE, individually and )
in her official capacity, )
 )
Defendants. )

## DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Attorney General, on behalf of the defendants submits this motion to enlarge time to respond to plaintiff's complaint until and including July 23, 2004. In support of this motion, the defendants state the following:

1. The defendants were served with the summons and complaint on June 3, 2004, rendering their response due on June 23, 2004.

2. The undersigned Assistant Attorney General did not received the summons and complaint until June 23, 2004, which was the same date that the response was due.

3. The undersigned Assistant Attorney General needs additional time to investigate thoroughly the allegations and claims in the complaint.

WHEREFORE, for the above reasons, the defendants request that this Court grant their to enlarge time to respond to plaintiff's complaint until and including July 23, 2004.

THE DEFENDANTS,
By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: ___/s/ Timothy M. Jones___
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656
Date: June 28, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by first class mail on June 28, 2004.

___/s/ Timothy M. Jones___
Timothy M. Jones, AAG