✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BRIAN MARQUIS

**NOTICE**

V.

BERKSHIRE COMMUNITY COLLEGE        CASE NUMBER:   04-30059-MAP

TYPE OF CASE:

☒ **CIVIL**         **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **November 15, 2004 at 10:30 a.m.** | **November 22, 2004 AT 11:30 A.M.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 10, 2004         /s/ *Bethaney A. Healy*
DATE                              (BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD