UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30059-MAP

BRIAN C. MARQUIS, and all others )
adversely and similarly situated, )
  )
 Plaintiff, )
  )
v. )
  )
BERKSHIRE COMMUNITY COLLEGE, )
BOARD OF TRUSTEES, individually )
and in their nine official capacities, )
BRYAN BLANCHARD, individually and )
his official capacity; and )
ANNE M. MOORE, individually and )
in her official capacity, )
  )
 Defendants. )

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The Attorney General, on behalf of the defendants, submits this motion to continue the scheduling conference set for November 22, 2004. In support of this motion, the defendants state the following:

1. On Friday, November 12, 2004, the Court continued the scheduling conference date from November 15, 2004 until November 22, 2004.

2. The undersigned has flight reservations to be out of state on a previously planned vacation the week of November 22, 2004.

3. The plaintiff has assented to this motion.

1

Wherefore, the undersigned requests that this court continue the scheduling conference set for November 22, 2004.

        THE DEFENDANTS,
        By their attorney

        THOMAS F. REILLY
        ATTORNEY GENERAL

By: _____
        Timothy M. Jones
        Assistant Attorney General
        Western Massachusetts Division
        1350 Main Street, 4th Floor
        Springfield, MA 01103
        (413)784-1240 ext. 105
        (413)784-1244 - Fax
        BBO#618656
        Date: November 16, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by first class mail on November 16, 2004,

_____
Timothy M. Jones, AAG

2