UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30059-MAP

| | |
|---|---|
| BRIAN C. MARQUIS, and all others adversely and similarly situated, </br></br>　　　　Plaintiff, </br></br> </br> BERKSHIRE COMMUNITY COLLEGE, et al., </br>　　　　Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DEFENDANTS' LR 16.1(D)(3) CERTIFICATION

The Attorney General, on behalf of the defendants, submits this LR 16.1(D)(3) certification.

The undersigned hereby certify that they have conferred as required by Local Rule 16.1(D)(3) and have:

(a) discussed and established a budget for conducting the full course and alternative courses of litigation in the above entitled action; and

(b) considered the resolution of this matter through the use of alternative dispute resolution programs and mediation.

1

_____  
Jeffrey Doscher, Dean of Students  
Berkshire Community College

THE DEFENDANTS  
By their attorney,  
THOMAS F. REILLY  
ATTORNEY GENERAL

By: _____  
Timothy M. Jones, BBO No. 618656  
Assistant Attorney General  
Western Massachusetts Division  
1350 Main Street  
Springfield, MA 01103  
(413)784-1240 (x 105); Fax: 784-1244

I hereby certify that the foregoing document was mailed to the plaintiff of record by first class mail on November 16, 2004.

_____  
Timothy M. Jones

2