UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN C. MARQUIS, and all others )
adversely and similarly situated, )
                     Plaintiff )
                                    )
      v.                             )    Civil Action No. 04-30059-MAP
                                    )
                                    )
BERKSHIRE COMMUNITY COLLEGE, )
et al., )
                  Defendants )

SCHEDULING ORDER
December 8, 2004

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by January 3, 2005.

2. The parties shall report to the court in writing by January 10, 2004, whether or not the case has been settled.

3. All written discovery shall be served by April 1, 2005.

4. All non-expert depositions shall be completed by June 30, 2005.

5. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by July 1, 2005.

6. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 15, 2005.

7. All rebuttal experts shall be named by September 8, 2005.

8. All expert depositions shall be completed by September 30, 2005.

9. The parties shall appear for a case management conference on October 6, 2005, at 10:00 in Courtroom Three.

IT IS SO ORDERED.

DATED: December 8, 2004

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge