UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30059-MAP

BRIAN C. MARQUIS, and all others )
adversely and similarly situated, )
)
Plaintiff, )
)
)
)
)
)
BERKSHIRE COMMUNITY COLLEGE,)
BOARD OF TRUSTEES, individually )
and in their nine official capacities, )
BRYAN BLANCHARD, individually and )
his official capacity; and )
ANNE M. MOORE, individually and )
in her official capacity, )
)
Defendants. )
)

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

All parties to this action hereby jointly stipulate to its dismissal in its entirety and without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

PLAINTIFF,

_____
BRIAN C. MARQUIS
Registered Paralegal
Plaintiff in propia persona
6 Billings Street
Lansborough, MA 01237-9750
Tele No.: 413.443.9675
Fax No.: 413.443.5513
E-mail: kmar918393@aol.com

DATED: March 14, 2005

DEFENDANTS
THOMAS F. REILLY
ATTORNEY GENERAL

_____
Timothy M. Jones, BBO No. 618656
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
Tele No.: 413.784.1240 Ext. 105
Fax No.: 413.784.1244